IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DRY DOCK, INC.                                                                          PLAINTIFF/LIBELANT

vs.                                    No. 4:05CV001582 GH

19' BLUE AND GREY
CENTURY 3000 SPORT LX                                                         DEFENDANT/LIBELEE

## ORDER

The Court, having reviewed the verified complaint and supporting documents in the above-styled action, finds that the conditions for an action *in rem* appear to exist. Therefore, Drydock, Inc.'s request for an order authorizing a warrant for the arrest of the 19' Blue and Grey Century 3000 Sport LX ("the Vessel") to issue from the Court Clerk to the United States Marshal is hereby granted and so ordered.

The Court further finds that Drydock, Inc. has adequate insurance to cover damages to the Vessel during its arrest and has agreed to hold the United States blameless for any damages caused to the Vessel during such arrest. Therefore, Drydock Inc.'s request for an order appointing Drydock, Inc. as Substitute Custodian of the Vessel and directing the Court Clerk to cause to be delivered to the United States Marshal a copy of this order is granted and so ordered.

IT IS SO ORDERED this 24th day of October, 2005.

_____
District Judge George Howard Jr.