IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DRY DOCK, INC.                                                                    PLAINTIFF/LIBELANT

vs.                                     No. 4:05CV001582 GH

19' BLUE AND GREY
CENTURY 3000 SPORT LX                                                DEFENDANT/LIBELEE

## ORDER

The Court finds that the 19' Blue and Grey Century 3000 Sport LX ("the Vessel") has not been released nor have any persons with an interest in the Vessel filed a claim. Therefore, the Court holds and so orders that the *Arkansas Democrat-Gazette* shall be designated as a newspaper of general circulation in the district for purposes of publishing notice in the above-styled action.

IT IS SO ORDERED this 9th day of December, 2005.

_____
United States District Judge George Howard Jr.